UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MAURICE RICHARDSON                                                                                    PLAINTIFF

v.                                                  No. 2:23-cv-2096

SGT. EDDIE SMITH; CAPT. WILLIAM DUMAS;
OFFICER HAMILTON; OFFICER DUMAS;
OFFICER DONOVAN; LT. McINTOSH;
ASHLEY SMITH; CAPTAIN SMITH                                                                       DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 14) from Chief United States Magistrate Judge Mark E. Ford.  The Magistrate Judge recommends on preservice screening under 28 U.S.C. § 1915A that Plaintiff be permitted to proceed on his 42 U.S.C. § 1983 claims against Officers Hamilton and Dumas in their personal capacities for retaliation and excessive force, but that Plaintiff's remaining claims against all other named defendants be dismissed without prejudice.  No objections have been filed, and the deadline for objections has passed.  The Court has reviewed the record and agrees with the Magistrate Judge.  The report and recommendations is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that all claims against Defendants Sgt. Eddie Smith, Capt. William Dumas, Officer Donovan, Lt. McIntosh, Ashley Smith, and Captain Smith are DISMISSED WITHOUT PREJUDICE, and those Defendants are TERMINATED as parties to this case.

IT IS FURTHER ORDERED that Plaintiff's personal-capacity claims against Defendants Officer Hamilton and Officer Dumas remain pending and referred to the Magistrate Judge for further proceedings.

1

IT IS SO ORDERED this 20th day of October, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE